UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colleen Eicher,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Key Bank, National Association and Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No. 8:20-cv-01008-JLS (KESx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　IT IS HEREBY ORDERED that pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 36) filed by Plaintiff Colleen Eicher and Defendant Experian Information Solutions, Inc., this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their costs and attorneys' fees.

DATED: November 22, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE